JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEADLY DOLL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:21-cv-01944-JFW-PLAx<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE**<br><br>Hon. John F. Walter |

The Court, having reviewed the Stipulation to Dismissal with Prejudice filed by Plaintiff Deadly Doll, Inc. ("Plaintiff") and Defendant Redbubble, Inc. ("Defendant"), and having found good cause to exist, **IT IS HEREBY ORDERED** that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is hereby DISMISSED *with prejudice*. The parties shall each bear its own attorneys' fees and costs incurred in connection with this Action.

**IT IS SO ORDERED.**

Dated: February 4, 2022

_____
Honorable John F. Walter
**United States District Judge**

---

1
**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE**